# United States Court of Appeals

### For the Eighth Circuit

_____

No. 25-2794

_____

United States of America

*Plaintiff - Appellee*

v.

Quentin Lamare Gentry

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: March 25, 2026
Filed: April 14, 2026
[Unpublished]

_____

Before SMITH, BENTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Quentin Gentry appeals the district court's[1] denial of his motion seeking a sentence reduction under 18 U.S.C. § 3582(c)(2). The district court found that Gentry

_____

[1]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota.

was eligible for a reduction in his sentence but, after considering the severity of the underlying offense and concerns for public safety, concluded that a reduction was not warranted. We find no abuse of discretion in the court's determination that the relevant sentencing factors continued to support the original sentence imposed. See United States v. Boyd, 819 F.3d 1054, 1056 (8th Cir. 2016) (per curiam) (district court's decision whether to grant authorized § 3582(c)(2) motion is reviewed for an abuse of discretion).

Accordingly, we affirm.

_____